IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Health, & Welfare, Annuity, Training and Vacation & Holiday, by their Trustees, Glenn Saito, Myron Nakata, Skye Matsumoto, Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, Paul Fujinaga, Blake Parsons, and Aldon Kaopuiki), | ) ) ) ) ) ) ) ) ) ) ) | Civ. 19-00404 HG-WRP |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AKUA AIR CONDITIONING LLC, CATHERINE A. BAITLON, AND CALBERT H. BAITLON (ECF No. 16)**

Findings and Recommendation having been filed and served on all parties on December 3, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendants Akua Air Conditioning LLC, Catherine A. Baitlon, and Calbert H. Baitlon (ECF No. 16) are

1

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 2, 2020, Honolulu, Hawaii.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

_____
TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Health, & Welfare, Annuity, Training and Vacation & Holiday, by their Trustees, Glenn Saito, Myron Nakata, Skye Matsumoto, Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, Paul Fujinaga, Blake Parsons, and Aldon Kaopuiki) v. AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON; Civil No. 19-00404 HG-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AKUA AIR CONDITIONING LLC, CATHERINE A. BAITLON, AND CALBERT H. BAITLON (ECF No. 16)**

2